## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00442-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAUL LOPEZ-PARADA,
a/k/a Saul Lopez,

    Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is before the Court pursuant to a telephone conference between counsel and Chambers staff.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **November 16, 2009** and responses to these motions shall be filed by **November 23, 2009**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 18, 2009 at 4:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a two-day jury trial is set for **January 4, 2010 at 9:00 a.m.**, in Courtroom A602.

DATED:  November  2 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge